AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Trauger, Aleta A | 2. Court or Organization<br><br>U.S. District Court (MD Tenn) | 3. Date of Report<br><br>5/2/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Ct.Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>825 U.S. Courthouse<br>801 Broadway<br>Nashville, Tennessee 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | St. Bernard Academy |
| 2. Member, National Council | Vanderbilt Law School |
| 3. Co-Executor | Estate of ████████████ |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 5/2/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Income from law firm partnership - ▮▮▮ is attorney partner in Trauger & Tuke. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | ' 5/2/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nashville Bank & Trust | Mortgage on ▮ law firm building (▮ joint liability with other partners) and | O |
| 2. | --(continued from above) | Loan for ▮ law firm HVAC units (▮ joint liability with other partners) | |
| 3. | Nashville Bank & Trust | Line of credit on ▮ law firm building | J |
| 4. | Nashville Bank & Trust | Mortgage on Rental Property, Nashville, Davidson Co., TN | O |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 5/2/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Acc'ts. at SunTrust Bank, Nashville, TN | C | Interest | N | T | | | | | |
| 2. The Equitable A.B.A. Group IRA | D | Interest | M | T | | | | | |
| 3. Robertson Stephens Emerging Growth Fund | E | Interest | M | T | | | | | |
| 4. Coventry Health Care Inc. common stock | | None | M | T | gift | 12/21 | K | | West End UMC |
| 5. | | | | | gift | 12/21 | J | | Martin Meth. College |
| 6. | | | | | gift | 4/19 | J | | Vanderbilt University |
| 7. | | | | | gift | 12/21 | J | | Nashville Public TV |
| 8. | | | | | gift | 6/19 | J | | Currey Ingram Academy |
| 9. | | | | | gift | 12/21 | J | | Land Trust for TN |
| 10. | | | | | gift | 2/1 | J | | Nashville Children's Thtr. |
| 11. Guilford Co., NC farmland | B | Rent | N | W | | | | | |
| 12. Cash surr. value NW Life policy | | None | L | T | | | | | |
| 13. Cash surr. value of 2 NW Life policies | | None | M | T | | | | | |
| 14. Parnassus Fund | B | Dividend | K | T | | | | | |
| 15. Interest in law firm bldg. (with partners) | | None | N | W | | | | | |
| 16. Profit sharing plan- Divers. Trust | | None | O | T | | | | | |
| 17. Knox County, TN munic. bonds | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | ▶ =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 5/2/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Rutherford Co., TN gen. oblig. bonds | | None | | | redemption | 5/1 | K | | |
| 19.  ITECH Partners, L.P. | A | Dividend | K | W | | | | | |
| 20.  Moore County, NC timber land | A | Rent | M | W | | | | | |
| 21.  Qualifacts Systems, Inc. | | None | J | W | | | | | |
| 22.  Metro Nashville Electric Revenue bonds | | None | K | T | | | | | |
| 23.  CP Pool One, LLC | | None | J | W | worthless | 1/1 | | | |
| 24.  Bank of America Corp. | B | Dividend | K | T | | | | | |
| 25.  Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 26.  Piedmont Natural Gas Co. | A | Dividend | K | T | | | | | |
| 27.  Metro Nashville Electric Service Zero Coupon Bonds | | None | K | T | | | | | |
| 28.  TN Housing Development Agcy. Homeownership Bonds | B | Interest | K | T | | | | | |
| 29.  Centennial Money Market (A.G. Edwards) | C | Dividend | J | T | | | | | |
| 30.  Elizabethton, TN water & sewer revenue bonds | | None | K | T | | | | | |
| 31.  A.G. Edwards & Sons Brokerage Acct. | | | | | | | | | |
| 32.  - American Balanced Fund, Inc. | C | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 33. | | | | | buy | 1/19 | J | | |
| 34. | | | | | buy | 2/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 5/2/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | buy | 3/28 | J | | |
| 36. - Capital Income Builder Fund | D | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 37. | | | | | buy | 1/19 | J | | |
| 38. | | | | | buy | 2/21 | J | | |
| 39. | | | | | buy | 3/28 | J | | |
| 40. | | | | | buy | 4/18 | J | | |
| 41. | | | | | buy | 12/26 | J | | |
| 42. - Capital World Growth & Income Fund | D | Dividend | N | T | buy | var. | K | | div. reinvest. |
| 43. | | | | | buy | 1/19 | J | | |
| 44. | | | | | buy | 2/21 | J | | |
| 45. | | | | | buy | 3/28 | J | | |
| 46. | | | | | buy | 4/18 | J | | |
| 47. | | | | | buy | 12/26 | J | | |
| 48. - Growth Fund of America, Inc. | B | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 49. | | | | | buy | 1/19 | J | | |
| 50. | | | | | buy | 2/21 | J | | |
| 51. | | | | | buy | 3/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 5/2/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Investment Co. of America | C | Dividend | M | T | buy | var. | J | | div. reinvest. |
| 53. | | | | | buy | 1/19 | J | | |
| 54. | | | | | buy | 2/21 | J | | |
| 55. | | | | | buy | 3/28 | J | | |
| 56.   - New Perspective Fund | C | Dividend | M | T | buy | var. | K | | div. reinvest. |
| 57. | | | | | buy | 1/19 | J | | |
| 58. | | | | | buy | 2/21 | J | | |
| 59. | | | | | buy | 3/28 | J | | |
| 60. | | | | | buy | 4/18 | J | | |
| 61. | | | | | buy | 12/26 | J | | |
| 62.   Lincoln National Corp | A | Interest | K | T | | | | | |
| 63.   Pinnacle Nat. Bank CD | B | Interest | K | | | | | | |
| 64.   MGT Holdings | | None | M | T | | | | | |
| 65.   The Providence Service Corp. | | None | O | T | | | | | |
| 66.   Rental Property -Nashville, Davidson Co., TN | | None | O | R | buy | 12/7 | O | | Thom Scott & MariaGiardano |
| 67.   Regions Bank money mkt. acct. (Morgan Keegan) | B | Interest | J | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trauger, Aleta A | 5/2/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I.
3. Estate closed 9/07. All assets reported and distributed in 2006.

VI.
1. These 2 loans (previously reported separately) were consolidated during 2007.

VII.
16. Not taking into account the outstanding mortgage.
66. Purchase price was $550,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544